# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL RAVY

NO. 2021 KW 1077

**NOVEMBER 5, 2021**

---

In Re: Michael Ravy, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 87-2-157.

---

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's application for postconviction relief under district court docket number 11-WFLN-267 is vacated. The district court is ordered to consider the application for postconviction relief filed under district court docket number 87-2-157 in light of **State v. Harris,** 2018-1012 (La. 7/9/20), __ So.3d __, 2020 WL3867207 and to allow the state to file a response, if it has not already done so. After the state files its response, the district court should determine whether it is necessary to conduct an evidentiary hearing on the claim of ineffective assistance of counsel at sentencing. **State v. Robinson,** 2019-01330 (La. 11/24/20), 304 So.3d 846 (per curiam).

**VGW
AHP
CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT